UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JULIE ANN CASTANEDA, | No. 2:25-cv-01021-MEMF-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the post-remand decision of the administrative law judge.

Date: June 29, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

-1-